DANIEL HILL, ESQ.
NV Bar # 12773
HILL FIRM
228 S. 4th Street, 3rd Floor
Las Vegas, Nevada 89101
Tel:   (702) 848-5000
Fax:  (702) 442-8338
dan@hillfirmlawyers.com
*Attorney for Defendant John Phillips*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JOHNNY RILEY,<br><br>  Defendant. | 2:04-mj-02166-BNW-1<br><br>**JOHNNY RILEY'S MOTION TO EXONERATE BOND**<br><br>*****EXPEDITED TREATMENT REQUESTED***** |

This is Johnny Riley's emergency motion to exonerate his bond. Mr. Riley was arrested on an old bench warrant for sentencing on May 7, 2018. *See* ECF No. 7. He posted bail in the Central District of California, which bond was transferred to this Court. *See* ECF No. 13. Mr. Riley was sentenced to three years of probation on July 12, 2018. *See* ECF No. 16. Mr. Riley's probation period has ended.

Mr. Riley's bond remains active, which was posted by way of a lien on his property. Mr. Riley, to service urgent home repairs, is in the process of refinancing his house.

///
///
///
///
///

During that process he discovered the bond is still active and his house is still encumbered. Because he has been sentenced and the case is closed, Mr. Riley respectfully requests that the bond be exonerated.

DATED this 12th day of November 2021.

         **HILL FIRM PLLC**

         By: */s/ Daniel Hill*
         DANIEL HILL, ESQ.
         NV Bar # 12773
         HILL FIRM
         228 S. 4th Street, 3rd Floor
         Las Vegas, Nevada 89101

         **<u>Order</u>**

**IT IS SO ORDERED**

**DATED:** 10:16 am, December 07, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 12th day of November 2021, a true and correct copy of the foregoing document was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

                                  By  */s/ Daisy Mendoza*
                                      For HILL FIRM PLLC